**Gene Surles CORPENING, Plaintiff—Appellant,**

v.

**Larry LEDER; United States of America, Defendants— Appellees.**

**No. 06–1297.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 26, 2006.

Decided: Aug. 4, 2006.

Gene Surles Corpening, Appellant Pro Se. Robert Leslie Baker, Andrea R. Tebbets, Gretchen M. Wolfinger, United States Department of Justice, Washington, D.C., for Appellees.

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gene Surles Corpening appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Corpening v. Leder*, No. 5:05–cv–00024, 2006 WL 322606 (W.D.N.C. Feb. 10, 2006). We deny the pending motions for sanctions and Corpening's motion to stay the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*